UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC, et al.,

      Plaintiffs,                Case No. 1:13–cv–01366–PLM

v.                                Chief Judge Paul L. Maloney

PAUL HAMRE, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

     NOTICE is hereby given that the above-captioned case was electronically filed in this court on December 23, 2013. The case has been assigned to Chief Judge Paul L. Maloney.

     The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                   TRACEY CORDES
                                                   CLERK OF COURT

Dated: December 27, 2013       By: /s/ Kristi V. Taylor
                                                      Deputy Clerk