AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual,

Case No.   1:13-cv-1366

Hon. Paul L. Maloney

TO: Van Buren County
ADDRESS: 219 East Paw Paw Street
Suite 302
Paw Paw, MI 49079

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

12/30/2013

By: Deputy Clerk                              Date

---

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
                    (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a MIchigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.        1:13-cv-1366
Hon. Paul L. Maloney

TO: Village of Paw Paw
ADDRESS: 11 East Michigan Avenue
P.O. Box 179
Paw Paw, MI 49079

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

12/30/2013

By: Deputy Clerk                        Date

---

### PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)                                                (date)

☐ I personally served the summons on the individual at _____
on _____.                        (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.     1:13-cv-1366
Hon. Paul L. Maloney

TO: Kelly Page
ADDRESS: 36451 Mill Lake Road
Gobles, MI 49055

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT

12/30/2013

By: Deputy Clerk              Date

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)             (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy
Container, LLC, a Michigan limited liability company; and
Robert Baker, an individual,

Case No.

Hon. Paul L. Maloney

1:13-cv-1366

v.

Van Buren County, a municpal corporation; Village of Paw
Paw, a municipal corporation; Page & Stewart, an ad hoc
professional partnership; Kelly Page, an individual; Gary
Stewart, Jr., an individual; Paul Hamre, an individual; Peggy
Grote, an individual; Michael Bedford, an individual; and
Michael Bedford, an individual,

TO: Gary Stewart, Jr.
ADDRESS: 114 North Brown Street
Paw Paw, MI 49079

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT



12/30/2013

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
               (name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
on _____.
     (date)                                                  (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                            (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)

of process on behalf of _____ on _____.
                            (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.        1:13-cv-1366
Hon. Paul L. Maloney

TO: Paul Hamre
ADDRESS: 37538 Rolling Pines Court
Lawton, MI 49065

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT



12/30/2013

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,<br><br>v.<br><br>Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual | Case No.<br>Hon. Paul L. Maloney $\qquad$ 1:13-cv-1366 <br><br>TO: Michael Bedford<br>ADDRESS: 403 Harris Street<br>Paw Paw, MI 49079 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES. CLERK OF COURT



12/30/2013

By: Deputy Clerk $\qquad$ Date

---

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)     (date)

☐ I personally served the summons on the individual at _____
on _____.     (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a MIchigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.
Hon. Paul L. Maloney

1:13-cv-1366

TO: Michael McKay
ADDRESS: 49144 Meadow Oak Trail
Mattawan, MI 49071

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT



12/30/2013

By: Deputy Clerk                                          Date

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
                   (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)

of process on behalf of _____ on _____.
                           (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                    Server's printed name and title

                                                             _____
                                                                    Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.
Hon. Paul L. Maloney

1:13-cv-1366

TO: Peggy Grote
ADDRESS: 05450 38 1/2 Street
Bloomindale, MI 49026

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT



12/30/2013

By: Deputy Clerk                    Date

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)                                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                        (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
                    Server's signature

Additional information regarding attempted service, etc.:

_____
                    Server's printed name and title

_____
                    Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HLV, LLC, a Michigan limited liability company; Landworthy Container, LLC, a Michigan limited liability company; and Robert Baker, an individual,

v.

Van Buren County, a municpal corporation; Village of Paw Paw, a municipal corporation; Page & Stewart, an ad hoc professional partnership; Kelly Page, an individual; Gary Stewart, Jr., an individual; Paul Hamre, an individual; Peggy Grote, an individual; Michael Bedford, an individual; and Michael Bedford, an individual

Case No.     1:13-cv-1366

Hon. Paul L. Maloney

TO: Page & Stewart
ADDRESS: 203 South Niles Street
Paw Paw, MI 49079

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
The Law Office of Jordan C. Hoyer, PLLC
Trust Building
40 Pearl Street
Suite 924
Grand Rapids, MI 49503

TRACEY CORDES, CLERK OF COURT



12/30/2013

By: Deputy Clerk        Date

## PROOF OF SERVICE

This summons for _____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                        (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                             (date)

☐ I served the summons on _____, who is designated by law to accept service
                                   (name of individual)

of process on behalf of _____ on _____.
                       (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address