UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HLV, LLC, et al., | ) |
| Plaintiffs, | ) Case No. 1:13-cv-1366 |
| v. | ) Honorable Paul L. Maloney |
| COUNTY OF VAN BUREN, et al., | ) |
| | ) **ORDER** |
| Defendants. | ) |

On April 14, 2014, the parties presented the court with a stipulation and proposed order permitting the filing of an amended complaint and extending the time for defendants to take certain actions. The court entered the proposed order (docket # 43) the next day, in precisely the form requested by the parties. Plaintiffs have now moved to "correct and clarify" the court's order, apparently on the realization that the parties presented an erroneous stipulation and order. The requested relief is unclear and confusing. Rather than adding to the confusion created by counsel, the court will merely order that plaintiffs may file a second amended complaint no later than **April 25, 2014**, that defendants' reply briefs to the pending motions to dismiss may be filed no later than **June 6, 2014**, and that defendants may move, answer or otherwise plead to the second amended complaint no later than **June 6, 2014**.

DONE AND ORDERED this 18th day of April, 2014.

/s/ Joseph G. Scoville
United States Magistrate Judge