# EX. 6

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF VAN BUREN

\* \* \* \* \*

HLV, LLC,

    Plaintiff,

-vs-

ELC LEASING CORPORATION, et al.,

    Defendants.

FILED
AUG 15 2013
TINA LEARY
Van Buren County Clerk

Case No. 11-61-558-CH

HON. MICHAEL E. DODGE
Circuit Court Judge
Sitting by assignment of State Court
Administrator's Office

---

Donovan J. Visser (P70847)
Donald R. Visser (P27961)
Visser and Associates, PLLC
Attorneys for Plaintiff
2480 - 44th St.,, SE, Ste. 150
Kentwood, MI 49512
(616) 531-9860

Kelly L. Page (P24787)
Gary A. Stewart, Jr. (P49442)
Attorneys for Defendant ELC
203 South Niles Street
Paw Paw, MI 49079
(269) 657-5591

William M. Donovan (P12892)
The Donovan Law Group PLC
2525 S. Telegraph Rd., Ste. 100
Bloomfield Hills, MI 48302
248/454-1960

---

### ORDER VACATING PRIOR ORDER AND OTHER MISCELLANEOUS RELIEF

---

At a session of said Court held in the Circuit Court for the County of Cass, State of Michigan, on *August 12, 2013*.

PRESENT:  HON. MICHAEL E. DODGE
                  Circuit Court Judge

This matter having come to be heard upon Plaintiff's Motion to Hold William Engel in Contempt, the Court having reviewed the entire file, and having rendered an opinion in Open Court;

For the reasons indicated on the record, the following Orders are entered:

IT IS HEREBY ORDERED that the Order dated April 24, 2013 Denying Plaintiff's Motion for Reconsideration is set aside and reversed.

IT IS FURTHER ORDERED that all previous Orders to enjoin or to modify the Settlement Order entered after October 11, 2012 are hereby vacated, including the following:

Temporary Restraining Order dated March 6, 2013

Ex-Parte Order dated March 22, 2013

Order After Hearing dated March 26, 2013

Order to Show Cause dated April 10, 2013

The October 11, 2012 Order is the benchmark from which the Court will start proceedings from this point forward.

IT IS FURTHER ORDERED that the Order dated October 11, 2012 is the final Order in this case and continues to be operative. The Defendants are required to comply with that Settlement Order.

IT IS FURTHER ORDERED that the Order of August 28, 2012 remains in effect.

IT IS FURTHER ORDERED that Plaintiff's Motion for Contempt is deferred, and the Court will set the matter for a contested hearing at a later date.

*[signature]*
HON. MICHAEL E. DODGE
Circuit Court Judge

2