# TALCOTT FRANKLIN P.C.

GRAND RAPIDS, MI                                                DIRECT DIAL: 616.350.9924

June 3, 2015

Honorable Paul L. Maloney
137 Federal Building
410 W. Michigan Ave
Kalamazoo, MI 49007

**Via Federal Court E-Filing System**

Re:   *HLV, LLC, et al. v Van Buren County, et al.*
      Case No. 1:13cv1366PLM

Dear Chief Judge Maloney:

The Law Office of Jordan C. Hoyer, PLLC has merged with Talcott Franklin P.C. and will now be formally known as Talcott Franklin P.C.

Accordingly, we submit for your consideration this proposed Order on Substitutions of Attorneys.

Thank you for your consideration.

Jordan C. Hoyer (P75659)

Derek S. Witte (P68329)

Curt A. Benson (P38891)

Cc:   Robert A. Callahan, Esq. (via Federal Court e-filing)
      Donald D. Campbell, Esq. (via Federal Court e-filing)
      Colleen H. Burke, Esq. (via Federal Court e-filing)
      Michael S. Bogren, Esq. (via Federal Court e-filing)
      James E. Tamm, Esq. (via Federal Court e-filing)
      George Michael DeGrood, III, Esq. (via Federal Court e-filing)
      Michelle A. Thomas, Esq. (via Federal Court e-filing)

Encl.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC, et al.,

    Plaintiffs,

v.

VAN BUREN COUNTY, et al.,

    Defendants.

1:13cv1366PLM
Hon. Paul L. Maloney

---

Jordan C. Hoyer (P75659)
Derek S. Witte (P68329)
Curt A. Benson (P38891)
Attorneys for Plaintiffs
TALCOTT FRANKLIN, P.C.
40 Pearl St., NW, Suite 922
Grand Rapids, MI 49503
(616) 350-9924
jordan@talcottfranklin.com
derek@talcottfranklin.com
curt@talcottfranklin.com

Donald D. Campbell (P43088)
Colleen H. Burke (P63857)
COLLINS EINHORN FARRELL
Attorneys for Kelly Page
4000 Town Center, Suite 909
Southfield, MI 49075-4141
(248) 351-5426
Donald.Campbell@ceflawyers.com
Colleen.Burke@ceflawyers.com

James E. Tamm (P38154)
O'CONNOR DEGRAZIA TAMM
O'CONNOR
Attorney for Defendant Michael McKay
40701 Woodward Ave., Suite 105
Bloomfield Hills, MI 48304
(248) 433-2000
jetamm@odtlegal.com

Robert A. Callahan (P47600)
PLUNKETT COONEY
Attorney for Defendants Village of Paw Paw and Gary Stewart
950 Trade Center Way, Suite 310
Kalamazoo, MI 49002
(269) 226-8856
rcallahan@plunkettcooney.com

Michael S. Bogren (P34835)
PLUNKETT COONEY
Attorney for Defendants Van Buren County, Paul Hamre and Peggy Grote
950 Trade Center Way, Suite 310
Kalamazoo, MI 49002
(269) 226-8856
mbogren@plunkettcooney.com

George Michael DeGrood, III (P33742)
Michelle A. Thomas (P35135)
THOMAS DEGROOD & WITENOFF
Attorneys for Michael Bedford
400 Galleria Officentre, Suite 550
Southfield, MI 48034
(248) 353-4450
gdegrood@thomasdegrood.com
mthomas@thomasdegrood.com

## **ORDER ON SUBSTITUTIONS OF ATTORNEYS**

At a session of said Court, held in the
County of Kalamazoo, State of Michigan,
this ___ day of _____, 2015

PRESENT: HONORABLE PAUL L. MALONEY

Talcott Franklin P.C. is substituted for The Law Office of Jordan C. Hoyer, PLLC on behalf of HLV, LLC *et al.* as their attorney in the above-mentioned case.

IT IS SO ORDERED.

Dated:_____, 2015

                                                                                  _____
                                                                                  Hon. Paul L. Maloney
                                                                                  United States District Court Judge