UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HLV, LLC, ET AL. ) | |
|     Plaintiffs, ) | |
| ) | No. 1:13-cv-1366 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| COUNTY OF VAN BUREN, ET AL., ) | |
|     Defendants. ) | |
| _____ ) | |

## ORDER DENYING MOTION FOR LEAVE TO FILE

    This matter is before the Court on Plaintiff's motion for leave to file a supplemental opposition to defendants' motions to dismiss and for the court to judicially notice new facts. (ECF No. 90.) The Court has reviewed the corrected brief in support (ECF No. 94) and does not find that the supplemental information concerning the civil suit filed against Plaintiffs' counsel by Defendant Bedford is necessary or helpful to the Court's analysis of the pending motions. Accordingly, the motion for leave to file and take judicial notice (ECF No. 90) is **DENIED**.

    **IT IS SO ORDERED.**

Date:  June 11, 2015            /s/ Paul L. Maloney            
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge