UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| HLV, LLC, a Michigan limited liability company; LANDWORTHY CONTAINER, LLC; a Michigan limited liability company; and ROBERT BAKER, an individual, | Case No. 1:13-cv-1366-PLM |
| | HON. PAUL L. MALONEY |

Plaintiffs,

-vs-

VAN BUREN COUNTY, a municipal corporation; VILLAGE OF PAW PAW, a municipal corporation; PAGE & STEWART, an ad hoc professional partnership; KELLY PAGE, an individual; GARY STEWART, JR., an individual; PAUL HAMRE, an individual; PEGGY GROTE, an individual, MICHAEL MCKAY, an individual, and MICHAEL BEDFORD, an individual,[1]

Defendants.
_____

**CERTIFICATE OF EFFORTS TO COMPLY WITH LOCAL CIVIL RULE 7.1(d)**
_____

In accordance with Local Civil Rule 7.1(d), the undersigned certifies that she attempted to resolve the subject of the Plaintiff's Motion in Limine with counsel for Defendants via e-mail communications between counsel. All counsel for the Defendants have indicated that they oppose Plaintiff's Motion in Limine.

---

[1] Defendants Van Buren County, Village of Paw Paw, Peggy Grote, Paul Hamre, Michael McKay and Michael Bedford have been dismissed by Orders of this Court dated June 29, 2015 and June 30, 2015.

Dated: April 6, 2018     /s/    Brittany B. Dzuris           .
Brittany B. Dzuris (P81438)
VISSER AND ASSOCIATES, PLLC
J. Nicholas Bostic (P40653)
BOSTIC & ASSOCIATES, PLLC
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this April 6, 2018, the foregoing document was served on all parties of record via electronic mail.

By:    /s/ Brittany B. Dzuris.