IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC, a Michigan limited liability
company, LANDWORTHY CONTAINER,
LLC, a Michigan limited liability company,
and ROBERT BAKER, an individual,

      Plaintiffs,

-vs-                                    Case No: 1:13cv1366PLM
                                        Honorable Paul L. Maloney

VAN BUREN COUNTY, a municipal
corporation, VILLAGE OF PAW PAW,
a municipal corporation, PAGE & STEWART,
an ad hoc professional partnership, KELLY
PAGE, an individual, GARY STEWART, JR.,
an individual, PAUL HAMRE, an individual,
PEGGY GROTE, an individual, MICHAEL
MCKAY, an individual, and MICHAEL
BEDFORD, an individual,

      Defendants.
_____/

Donald R. Visser (P27961)             Robert A. Callahan (P47600)
Brittany Ward Burke (81438)          PLUNKETT COONEY
VISSER AND ASSOCIATES PLLC     Attorney for Defendant Gary Stewart
Attorney for Plaintiffs

                                          Donald D. Campbell (P43088)
J. Nicholas Bostic (P40653)          Colleen H. Burke (P63857)
BOSTIC & ASSOCIATES             Trent B. Collier (P66448)
Attorney for Plaintiffs              COLLINS EINHORN FARRELL
                                          Attorneys for Kelly Page

James H. Koning (P31622)
KONING & JILEK
Attorney for Defendant Page & Stewart

**<u>DEFENDANT STEWART'S EMERGENCY MOTION FOR PROTECTIVE ORDER</u>**

     NOW COMES Defendant, Gary Stewart, who requests a protective order to preclude

any comment, broadcasting, publication or any communication of settlement by Defendant

Kelly Page and the "Page & Stewart" entity of this case. Defendant Stewart relies on the

reasons in support in the attached brief.

Dated  April 13, 2018                    Respectfully submitted,

                                         PLUNKETT COONEY


                                         By:____/s/ Robert A. Callahan_____
                                              Robert A. Callahan (P47600)
                                              Attorney for Defendant Stewart
                                              950 Trade Centre Way, Suite 310
                                              Kalamazoo, MI  49002
                                              **Direct Dial:  269/226-8856**

Open.00560.40061.20190464-1