IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC, a Michigan limited liability
company, LANDWORTHY CONTAINER,
LLC, a Michigan limited liability company,
and ROBERT BAKER, an individual,

    Plaintiffs,

-vs-                                                Case No:  1:13cv1366PLM
                                                     Honorable Paul L. Maloney

VAN BUREN COUNTY, a municipal
corporation, VILLAGE OF PAW PAW,
a municipal corporation, PAGE & STEWART,
an ad hoc professional partnership, KELLY
PAGE, an individual, GARY STEWART, JR.,
an individual, PAUL HAMRE, an individual,
PEGGY GROTE, an individual, MICHAEL
MCKAY, an individual, and MICHAEL
BEDFORD, an individual,

    Defendants.
_____/

| | |
|---|---|
| Donald R. Visser (P27961) | Robert A. Callahan  (P47600) |
| Brittany Ward Burke (81438) | PLUNKETT COONEY |
| VISSER AND ASSOCIATES PLLC | Attorney for Defendant Gary Stewart |
| Attorney for Plaintiffs | |
| | Donald D. Campbell (P43088) |
| J. Nicholas Bostic (P40653) | Colleen H. Burke (P63857) |
| BOSTIC & ASSOCIATES | Trent B. Collier (P66448) |
| Attorney for Plaintiffs | COLLINS EINHORN FARRELL |
| | Attorneys for Kelly Page |
| James H. Koning (P31622) | |
| KONING & JILEK | |
| Attorney for Defendant Page & Stewart | |

**BRIEF IN SUPPORT OF DEFENDANT STEWART'S EMERGENCY
MOTION FOR PROTECTIVE ORDER**

        Defendant, Gary Stewart, through counsel, has been advised co-Defendant Page and

"Page & Stewart" have settled with Plaintiff. That settlement is not the subject of any

confidentiality agreement. Plaintiff demonstrated a strong propensity in the *HLV v. ELC* Collection Action to communicate with television and print media regarding events that occurred in that lawsuit. Defendant Gary Stewart is justifiably concerned that publications or communications to the press, or in any manner outside of this lawsuit, could be made prior to trial in this matter. Any publications of settlement outside of trial in this matter could be heard by potential jurors. It is respectfully submitted that until trial in this matter is completed, that a protective order be issued precluding Plaintiff from communicating or broadcasting the fact of settlement or the amount of settlement with Defendants Kelly Page and "Page & Stewart" alleged entity.

Dated  April 13, 2018                    Respectfully submitted,

                                                   PLUNKETT COONEY


                                                   By:    /s/ Robert A. Callahan
                                                         Robert A. Callahan (P47600)
                                                         Attorney for Defendant Stewart
                                                         950 Trade Centre Way, Suite 310
                                                         Kalamazoo, MI  49002
                                                         **Direct Dial:  269/226-8856**


Open.00560.40061.20190471-1