UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC,

    Plaintiff,

v.

PAGE & STEWART, et al.,

    Defendants.

_____/

Case No. 1:13-cv-1366

HONORABLE PAUL L. MALONEY

### ORDER RESTRICTING ACCESS TO DOCUMENTS

Consistent with the order granting Defendant Gary Stewart's motion for protective order,

**IT IS HEREBY ORDERED** that the motion for protective order (ECF No. 469), the brief in support (ECF No. 470), the response to the motion (ECF No. 476), the order granting the motion (ECF No. 481), the proposed orders (ECF Nos 482 and 482), and the stipulation and order (ECF No. 485) are restricted from public inspection. Access shall be available to the Court, and attorneys for Plaintiff, Defendant Page & Stewart, Defendant Page, and Defendant Stewart. Upon entry of an order or judgment that closes the case, the Clerk of Court shall make these documents available to the public without further order of the Court.

Dated: April 17, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge