UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:13-cv-1366 | 4/25/2018 | 9:22 a.m. - 11:10 a.m.<br>11:30 a.m. - 1:12 p.m.<br>2:21 p.m. - 4:03 p.m.<br>4:28 p.m. - 5:50 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendant: |
|---|---|
| HLV, LLC | Gary Stewart, Jr. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| J. Nicholas Bostic and Brittany Burke Dzuris | Plaintiff |
| Robert A. Callahan | Defendant |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - day 5; continuation of plaintiff's presentation of evidence; plaintiff rests; defendant's presentation of evidence; defendant rests; defendant's Rule 50 motion, deemed made at close of plaintiff's case, is denied

Court Reporter: Kathleen Thomas        Case Manager: A. Redmond

**Civil Minute Sheet Page 2 of 2**
**HLV, LLC v. Gary Stewart, Jr.**
**Case No.: 1:13-cv-1366**
**Date: 4/25/2018**

**WITNESSES:**

| Pltf | Deft | Name of Witness |
|---|---|---|
| X |   | Donald Visser (via video) |
|   | X | William Donovan |
|   | X | Gary Stewart |
|   |   |   |
|   |   |   |

**EXHIBITS:**

| Pltf | Deft | Description | Admitted |
|---|---|---|---|
| X |   | Exhibits 22, 23, , 37 - redacted, 51 - redacted | Yes |
|   |   |   |   |
|   | X | Exhibits JJ, OOOO | Yes |
|   |   |   |   |
|   | X | Exhibits YY | Under Advisement |
|   |   |   |   |

**ADDITIONAL INFORMATION:**