UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:13-cv-1366 | 4/26/2018 | 9:34 a.m. - 11:14 a.m.<br>11:29 a.m. - 12:25 p.m.<br>2:35 p.m. - 2:40 p.m. | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff: | Defendant: |
|---|---|
| HLV, LLC | Gary Stewart, Jr. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| J. Nicholas Bostic and Brittany Burke Dzuris | Plaintiff |
| Robert A. Callahan | Defendant |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - day 6; closing arguments by both parties, jury instructions, jury deliberations; jury returns a verdict in favor of plaintiff on liability and for nominal damages only

Court Reporter: Kathleen Thomas          Case Manager: A. Redmond