UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

---

HLV, LLC, a Michigan limited liability company,

        Plaintiff,

-vs-

Gary Stewart Jr., an individual.

        Defendant.

HON. PAUL L. MALONEY
No. 13-cv-1366

---

## JURY VERDICT

---

1. Has HLV shown that it was deprived of its property without due process of law as a result of a conspiracy between Stewart and Hamre or between Stewart, Page, and Hamre?

   YES ✓  NO ___

   *If your answer to Question 1 is "no," do not answer any other questions.*

   *If your answer to Question 1 is "yes," you must award nominal damages in the amount of $1.00. Go on to Question 2.*

2. Has HLV shown that Defendant Stewart's conduct was motivated by evil motive or intent, or that it reflected reckless or callous indifference to Plaintiff's due process rights?

   YES ___  NO ✓

   *If your answer to Question 2 is "no," do not answer any other questions.*

   *If your answer to Question 2 is "yes," go on to Question 3.*

3. Should punitive damages be awarded against Defendant Stewart?

   YES ___ NO ___

   *If your answer to Question 3 is "no," do not answer any other questions.*

   *If your answer to Question 3 is "yes," go on to Question 4.*

4. If your answer to Question 3 is "yes," state the amount of punitive damages to be awarded against Defendant Stewart:

   $ _____.

*Once you are finished with this section, your deliberations are over and the jury foreperson should sign this form at the bottom and inform the Court that jury deliberations are over.*

Signed,

_Alan Palmer_                  4.26.18
**Jury Foreperson**                 **Date**