UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HLV, LLC, ) | |
|     Plaintiff, ) | |
| ) | No. 1:13-cv-1366 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| GARY STEWART, JR., ) | |
|     Defendant. ) | |
| _____) | |

## JUDGMENT

In accordance with the jury verdict returned and entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters in favor of Plaintiff HLV, LLC, and against Defendant Gary Stewart Jr.

Plaintiff HLV, LLC is awarded $1.00 in nominal damages.

**IT IS SO ORDERED.**

Date: April 26, 2018                                                   /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           United States District Judge