If ATTORNEY VISSER IS A WITNESS HOW IS he allowed in the courtroom during other testimonies?

Attorney Visser has been excused as a witness. Accordingly, he is allowed to observe the court proceedings

Judge Maloney