UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HLV, LLC,

    Plaintiff,

v.

                              Case No. 1:13-cv-1366

PAGE & STEWART, et al.,            HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER REGARDING DOCUMENTS

For the reasons stated in the Order dated April 17, 2018, ECF No. 486,

**IT IS HEREBY ORDERED** that the documents identified in the order shall be made available for public inspection.

Dated: May 1, 2018                                             /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge