# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 30, 2018

Brittany B. Dzuris
Visser & Associates
2480 44th Street
Suite 150
Grand Rapids, MI 49512

> Re: Case No. 18-1611, *HLV, LLC v. Van Buren County, et al*
> Originating Case No. : 1:13-cv-01366

Dear Counsel,

   This appeal has been docketed as case number **18-1611** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 13, 2018**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

      Appellee:   Appearance of Counsel
                       Disclosure of Corporate Affiliations
                       Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                              Sincerely yours,

                              s/Anne C. Brown
                              Case Manager
                              Direct Dial No. 513-564-7069

cc:  Mr. Michael S. Bogren
      Robert Allan Callahan
      Mr. George M. DeGrood III
      Susan Anne Finnegan
      Paul Michael Indyk
      Ms. Megan Piper McKnight
      Mr. David K. Otis
      Mr. Lee T. Silver
      Mr. James E. Tamm
      Ms. Michelle A Thomas

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 18-1611

HLV, LLC, a Michigan limited liability company

       Plaintiff - Appellant

v.

VAN BUREN COUNTY, a municipal corporation; GARY STEWART, JR., an individual; PAUL E. HAMRE, an individual; PEGGY GROTE, an individual; MICHAEL MCKAY, an individual; MICHAEL BEDFORD, an individual

       Defendants - Appellees